This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

**IN THE SUPREME COURT OF THE STATE OF NEW MEXICO**

**Filing Date: March 25, 2024**

**No. S-1-SC-38758**

**STATE OF NEW MEXICO,**

Plaintiff-Petitioner,

v.

**ISAIAH ATENCIO,**

Defendant-Respondent.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Jennifer J. Wernersbach, District Judge**

Hector H. Balderas, Attorney General
Emily C. Tyson-Jorgenson, Assistant Attorney General
Santa Fe, NM

for Petitioner

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Respondent

**DISPOSITIONAL ORDER OF REVERSAL**

**THOMSON, Justice.**

**{1}** WHEREAS, the Court granted the State's petition for writ of certiorari to review the Court of Appeals' memorandum opinion, *State v. Atencio*, No. A-1-CA-37132, mem. op. (N.M. Ct. App. March 8, 2021) (nonprecedential), which applied *State v. Sena*, 2021-NMCA-047, 495 P.3d 1163, in reversing the district court and holding that Defendant, Isaiah Atencio, having been convicted of Child Solicitation by Electronic Device (CES) contrary to NMSA 1978, Section 30-37-3.2 (C)(1) (2007), was subject to

the general period of parole under NMSA 1978, Section 31-21-10(D) (2009), rather than the extended parole period under the sex offender parole statute, NMSA 1978, Section 31-21-10.1(A) (2007) (requiring the imposition of an indeterminate period of parole of either five to twenty years or five years to life for those convicted of certain sex offenses), *see Atencio*, No. A-1-CA-37132, mem. op. ¶¶ 1, 19;

**{2}** WHEREAS, this Court subsequently ordered these proceedings held in abeyance pending its disposition of *State v. Sena*, S-1-SC-38713;

**{3}** WHEREAS, this Court issued an opinion in *State v. Sena*, holding that defendants convicted of CES are subject to an indeterminate parole sentence of five to twenty years under the sex offender parole statute, *see id.*, 2023-NMSC-007, ¶¶ 3-4, 25, 528 P.3d 631;

**{4}** WHEREAS, herein the Court concludes that the issue of law presented in this case was addressed by the Court's opinion in *Sena*, *id.*;

**{5}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{6}** WHEREAS, the Court having considered the foregoing and being otherwise sufficiently advised;

**{7}** NOW, THEREFORE, IT IS ORDERED that the Court's January 31, 2022, order in this matter is VACATED as to the abeyance; and

**{8}** IT IS FURTHER ORDERED that the memorandum opinion of the Court of Appeals is REVERSED, and this matter is REMANDED to the district court for further proceedings, including the amendment of Defendant's parole sentence, in accordance with *Sena*, 2023-NMSC-007.

**{9}** **IT IS SO ORDERED.**

**DAVID K. THOMSON, Justice**

**WE CONCUR:**

**C. SHANNON BACON, Chief Justice**

**MICHAEL E. VIGIL, Justice**